United States District Court

Eastern District of Louisiana

Garcia

v.                                        CIVIL ACTION NO. 2:00-cv-03418 T(1)

Adams


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, November 20, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

OLIVER GARCIA, CLAUDE WIGGINS
ALFONSO VALENCIA, LEE FOUST, BROCK
BATISTE, CONFESSOR SEPOLVEDA, DAVID
ATKINSON, JOSE NUNEZ, CLARENCE GAMBLE,
JOHN PITTMAN, GUY BREVELLE, ROBERTO
REYNA, GUILLERMO E. SANCHEZ, KEITH
JOSEPH, ANTHONY COOPER AND
MICHAEL GAMBLE

VERSUS

JIMMY ADAMS, WIN MOORE
AND FLUOR DANIELS, INC.

CIVIL ACTION NO. **00-3418**

SECTION NO.

**SECT. T MAG. 1**

MAGISTRATE _____

---

## NOTICE OF REMOVAL

NOW COME, Defendants, Jimmy Adams (incorrectly identified by Plaintiffs as Jimmy Adams, Sr.), Win Moore (incorrectly identified by Plaintiffs as Wynn Moore) and Fluor Daniel Services Corporation (incorrectly identified by Plaintiffs as Fluor Daniels, Inc.), who hereby remove this matter to this Honorable Court and show the following:

1.

A civil action was commenced against Jimmy Adams, Win Moore and Fluor Daniel Services Corporation (hereinafter "Fluor Daniel") in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, bearing Suit No. 27164, Division "E", on November 2, 2000, by Plaintiffs, Oliver Garcia, Claude Wiggins, Alfonso Valencia, Lee Foust, Brock Batiste, Confessor Sepolveda, David Atkinson, Jose Nunez, Clarence Gamble, John Pittman, Guy Brevelle, Roberto Reyna, Guillermo E. Sanchez, Keith Joseph, Anthony Cooper and Michael Gamble.

#319506v1<BR> -Fluor Daniel-Garcia - Notice of Removal 27164.wpd

2.

In paragraph 4 of their Petition, Plaintiffs make the following allegation: "That petitioners were employed by Flour [sic] Daniels, Inc. as alleged in the petition filed in the case entitled *Claude Wiggins, et al v. Jimmy Adams, Sr., et at;* Number: 27,161 on the docket of this court. **All of the allegations of that petition are incorporated herein by reference as if copied in extenso.**" The suit entitled *Wiggins, et al v. Jimmy Adams, Sr., et al,* bearing suit number 27,161, Division "B", was removed to the United States District Court, Eastern District of Louisiana, on November 13, 2000. A copy of the *Wiggins, et al v. Jimmy Adams, Sr., et al* suit number 27,161 is attached hereto as Exhibit "A".

3.

In *Wiggins, et al v. Jimmy Adams, Sr., et al,* Plaintiffs alleged violations of federal employment law. By incorporating all of the allegations contained in the *Wiggins, et al v. Jimmy Adams, Sr., et al* case, Plaintiffs in this action (*Garcia, et al v. Jimmy Adams, Sr., et al*) have pled a cause of action arising under federal law.

4.

Accordingly, this civil action arises under federal law and is a matter over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. This court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

5.

Plaintiffs' civil action, being founded on a claim arising under the laws of the United States, is removable under 28 U.S.C. § 1441(b).

#319506v1<BR> -Fluor Daniel-Garcia - Notice of Removal 27164.wpd

6.

Alternatively, removal is also proper on the grounds of diversity of citizenship pursuant to 28 U.S.C § 1332. Defendant Fluor Daniel Services Corporation is a Delaware corporation with its principal place of business located in California. Plaintiffs allege that they were employed by Fluor Daniel and cite alleged violations of Louisiana Wage Payment Statutes, La. R.S. 23:631 and La. R.S. 23:632. Louisiana Wage Payment Statutes apply only to employers, not individuals.

7.

The two individuals named as Defendants in this suit, Jimmy Adams and Win Moore, were fraudulently joined in an attempt to defeat diversity jurisdiction. Neither Adams nor Moore have ever employed any of the Plaintiffs. Plaintiffs' Petition fails to even allege a cause of action against either of the individual Defendants. Excluding Defendants Adams and Moore, no Plaintiff and Defendant are citizens of the same state. For this reason, the fraudulent joinder of Jimmy Adams and Win Moore should not prevent this Court from exercising diversity jurisdiction over this matter.

8.

The jurisdictional amount for removal on diversity grounds has been met. Louisiana Code of Civil Procedure article 595 provides that any award of attorney's fees for a class action must be attributed to the named representative. Attorney's fees are provided for by La. R.S. 23:632, one of the alleged bases of Plaintiffs' lawsuit. Because the amount of attorney's fees awarded to the class is allocated to the named representative, the amount in controversy exceeds $75,000.

#319506v1<BR> -Fluor Daniel-Garcia - Notice of Removal 27164.wpd

9.

This civil action involves an amount in controversy over $75,000 and is between citizens of different States. Accordingly, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 and it is removable under 28 U.S.C. § 1441. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367.

10.

A true copy of the entire contents filed in the state court suit consisting of Plaintiffs' Petition and Citation is attached hereto as Exhibit "B", in globo.

WHEREFORE, Defendants, Jimmy Adams, Win Moore and Fluor Daniel, pray that further proceedings in the 23rd Judicial District Court for the Parish of St. James, Louisiana, be discontinued and that this suit be removed to the United States District Court for the Eastern District of Louisiana.

By Attorneys,

BREAZEALE, SACHSE & WILSON, L.L.P.
23rd Floor, One American Place
P.O. Box 3197
Baton Rouge, LA  70821-3197
Telephone:  (225) 387-4000

Murphy J. Foster, III (T.A.)
La. Bar Roll No. 5779
W. Bowen McRae, Jr.
La. Bar Roll No. 25956